435 A.2d 1316

Commonwealth v. Cugini, Appellant.

Submitted December 5, 1980.   Elaine DeMasse, Assistant Public Defender, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated January 4, 1980 is affirmed.